358 A.2d 80
Caruso, Appellant, v. Caruso.

Argued April 13, 1976.  Alan J. Scheimer, with him Greenfield & Minsky, for appellant; William S. Webber, with him Herbert Lawrence Jones, for appellee.

Order affirmed.

358 A.2d 85
Cleary v. Cleary, Appellant, et al.

Argued April 19, 1976.  Zeno Fritz, for appellant; Edward Jaffee Abes, for appellee.

Order affirmed.

SPAETH, J., absent.